JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM YESILEVSKY, et al., | Case No. 2:19-cv-08015-CAS-SHK |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANNA REDMOND, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: July 11, 2023

HONORABLE CHRISTINA A. SNYDER
United States District Judge